■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE RODRIGUEZ, Appellant. [851 NYS2d 55]—Judgment, Supreme Court, Bronx County (Robert E. Torres, J.), rendered on or about October 17, 2005, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Friedman, Sweeny and Moskowitz, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY SOBERS, Appellant. [851 NYS2d 55]—Judgment, Supreme Court, New York County (A. Kirke Bartley, J.), rendered on or about June 30, 2006, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Friedman, Sweeny and Moskowitz, JJ.